1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,            No. 2:18-cr-00018-DC-1
12 |         Plaintiff,
13 |    v.                                ORDER RELATING AND REASSIGNING
                                          CASE
14 | MARQUESE ALVIN ROBERTS,
15 |         Defendant.
16
17 | UNITED STATES OF AMERICA,            No. 2:25-cr-00269-WBS-1
18 |         Plaintiff,                   **New Case No. 2:25-cr-00269-DC-1**
19 |    v.
20 | MARQUESE ALVIN ROBERTS,
21 |         Defendant.
22

23     Examination of the above-captioned actions reveals they are related within the meaning of
24 Local Rule 123. Here, judicial economy is best served if the new action is reassigned to the court
25 assigned to the earlier criminal actions because these cases involve the same parties and/or
26 witnesses, are based on the same or similar facts, and reassignment to the same district judge
27 would avoid substantial duplication of labor by the court.
28 /////

                                            1

1    Relating the cases under Local Rule 123, however, merely has the result that the actions
2 are assigned to the same judge, it does not consolidate the actions.
3    The court hereby orders that the recently filed action, Case No. 2:25-cr-00269-WBS-1, is
4 reassigned to District Judge Dena M. Coggins, and the caption shall read 2:25-cr-00269-DC-1.

   IT IS SO ORDERED.

Dated:  **November 25, 2025**    _____
                                 Dena Coggins
                                 United States District Judge

2