REICHELLAW PC
MARK REICHEL
ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
MARQUIS ROBERTS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUIS ROBERTS<br><br>Defendant | ) Case No.: 25-CR-000269 DC<br>)<br>) STIPULATION AND [~~PROPOSED~~] ORDER<br>) TO CONTINUE STATUS CONFERENCE<br>)<br>) Date: June 10, 2026<br>) Time: 9:30 AM<br>) Court: Hon. DENA COGGINS<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION**

By stipulation, the parties agree to reset the defendant's status conference from the original date of June 5, 2026, to June 10, 2026, at 9:30 a.m., and to exclude time between June 5, 2026 to June 10, 2026, under Local Code T4.

STIPULATION AND [~~PROPOSED~~] ORDER
1

1. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant has placed the matter on the Magistrate's Calendar for June 5, 2026, as defense counsel advises that defendant seeks new counsel and that a irreconcilable conflict exists between the defendant and current counsel. .

   b. Based on the above-mentioned findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period herein is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2. Nothing in the stipulation and order shall preclude the finding that other provisions of the Speedy Trial Act dictate the additional time periods are excludable from the period with which a trial must commence.

3. The parties agree that this stipulation shall also apply to the supervised release violation in case no. 2018-0018 DC.

**IT IS SO STIPULATED**.

Dated: June 4, 2026

Eric Grant
United States Attorney

*/s/ CAILEY NELSON*
CAILY NELSON
Assistant United States Attorney

Dated: June 4, 2026

*/s/ MARK REICHEL*
MARK REICHEL
Counsel for Defendant

STIPULATION AND [~~PROPOSED~~] ORDER

3

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on June 4, 2026 (Doc. No. 28), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for June 5, 2026, is VACATED and RESET for June 10, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between June 5, 2026 and June 10, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 4, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
4