ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARQUESE ALVIN ROBERTS,<br>Defendant. | CASE NO. 2:25-CR-00269-DC<br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br>DATE: August 7, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 7, 2026. ECF No. 33. Time has been excluded until this date. *Id*. The related case is set for an Admit/Deny hearing on the same date. 2:18-CR-00018-DC, ECF No. 96.

2. By this stipulation, defendant now moves to reset the status conference for October 16, 2026, and to exclude time between August 7, 2026, and October 16, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes CHP helicopter footage, body camera footage, reports, a forensic cellular phone extraction, and other evidence. All of this discovery is in the process of been either produced

directly to counsel and/or made available for inspection and copying. Much of this discovery is subject to a protective order.

b) Counsel for defendant desires additional time consult with his client, to review the current charge, to conduct investigation and research related to the charge, to review and copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial. Counsel for defendant was recently substituted in on June 8, 2026 as new counsel of record and is still working on reviewing the case with her client.

c) Additionally, Counsel for defendant has stated that her client Mr. Roberts has been moved to California City where he is currently in custody, and that visitation is difficult and attempts are being made to find more convenient housing alternatives. Counsel has traveled to the facility on one occasion so far to visit Mr. Roberts.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 7, 2026 to October 16, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 30, 2026

ERIC GRANT
United States Attorney

*/s/ ADRIAN T. KINSELLA*
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: July 30, 2026

*/s/ TAMARA SOLOMON*
TAMARA SOLOMON
Counsel for Defendant
MARQUESE ALVIN ROBERTS

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on July 30, 2026 (Doc. No. 34), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for August 7, 2026, is VACATED and RESET for October 16, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between August 7, 2026, and October 16, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **July 31, 2026**

Dena Coggins
United States District Judge